**GHANDI DEETER LAW OFFICES**
NEDDA GHANDI, ESQ.
Nevada Bar No. 11137
Email: nedda@ghandilaw.com
LAURA A. DEETER, ESQ.
Nevada Bar No. 10562
Email: Laura@ghandilaw.com
601 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 878-1115
Fax: (702) 447-9995
Attorneys for Creditor/Defendant Johns & Durrant, LLP

*Electronically Filed May 21, 2014*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No BK-S-12-14724-LBR<br>Chapter 7 |
| SHELLEY D KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>WILLIAM WALTER PLISE, an Individual; 5550 LAS VEGAS, LLC, a Nevada Limited Liability Company; JOHNS & DURRANT, LLP, a Nevada Limited Liability Partnership; DOE individuals 1-10; and ROE corporations 1-10,<br><br>Defendants. | Adv. Proc. No. 14-01073-LBR<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO: CLERK OF THE BANKRUPTCY COURT;

TO: ALL INTERESTED PARTIES:

    PLEASE TAKE NOTICE THAT JOHNS & DURRANT, LLP, by and through its counsel, Nedda Ghandi, Esq. of Ghandi Deeter Law Offices, enters her appearance pursuant to Bankruptcy Rule 9010(b); and further hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions,

responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to JOHNS & DURRANT, LLP should be directed to:

> Ghandi Deeter Law Offices
> 601 South 6th Street
> Las Vegas, Nevada 89101
> Telephone: (702) 878-1115
> Facsimile: (702) 447-9995
> Email: Nedda@ghandilaw.com

DATED this 21st day of May, 2014.

GHANDI DEETER LAW OFFICES

By: /s/ Nedda Ghandi, Esq.
Nedda Ghandi, Esq.
Nevada Bar No. 11137
601 South 6th Street
Las Vegas, NV 89101