**GHANDI DEETER LAW OFFICES**  *Electronically Filed June 19, 2014*
NEDDA GHANDI, ESQ.
Nevada Bar No. 11137
Email: nedda@ghandilaw.com
LAURA A. DEETER, ESQ.
Nevada Bar No. 10562
Email: laura@ghandilaw.com
601 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 878-1115
Fax: (702) 447-9995
Attorneys for Creditor/Defendant Johns & Durrant, LLP

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No BK-S-12-14724-LBR<br>Chapter 7 |
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>WILLIAM WALTER PLISE, an Individual; 5550 LAS VEGAS, LLC, a Nevada Limited Liability Company; JOHNS & DURRANT, LLP, a Nevada Limited Liability Partnership; DOE individuals 1-10; and ROE corporations 1-10,<br><br>Defendants. | Adv. Proc. No. 14-01073-LBR |

### STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT

TO:   THE HONORABLE BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT
       FOR THE DISTRICT OF NEVADA:

1

Defendant Johns & Durrant, LLP, by and through its counsel, Ghandi Deeter Law Offices, and Plaintiff Shelley D. Krohn, Chapter 7 Trustee, by and through her counsel, Nelson & Houmand, P.C., (collectively, the "Parties") hereby agree and stipulate to the following:

1. On April 22, 2014, Plaintiff filed its *Complaint for (1) Alter Ego; (2) Avoidance of Preferential Transfer Pursuant to 11 U.S.C. § 547; (3) Avoidance of Fraudulent Transfers Pursuant to 11 U.S.C. § 544(b) and NRS Chapter 112; (4) Avoidance of Fraudulent Transfers Pursuant to 11 U.S.C. § 548; (5) Recovery of Bankruptcy Estate Property Pursuant to 11 U.S.C. § 550; and (6) Turnover of Bankruptcy Estate Property Pursuant to 11 U.S.C. § 542* [Docket No. 1] (the "Complaint") to commence this adversary proceeding.

2. The associated summons was issued to Johns & Durrant, LLP on May 20, 2014 [Docket No. 11].

3. The date for responding to the Complaint is June 19, 2014.

4. The Parties are engaged in settlement negotiations.

5. Accordingly, the Parties wish to extend the deadline for the Answer to the Adversary Complaint until July 11, 2014.

DATED this 19th day of June, 2014.

SUBMITTED AND APPROVED BY:  REVIEWED AND APPROVED BY:

**GHANDI DEETER LAW OFFICES**  **NELSON & HOUMAND, P.C.**

By: /s/ Nedda Ghandi, Esq.  By: /s/ Jacob L. Houmand, Esq.
Nedda Ghandi, Esq.  Victoria L. Nelson, Esq.
Nevada Bar No. 11137  Jacob L. Houmand, Esq.
601 S. 6th Street  3900 Paradise Road, Suite U
Las Vegas, NV 89101  Las Vegas, NV 89169
Attorneys for Johns & Durrant, LLP  Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No BK-S-12-14724-LBR<br>Chapter 7 |
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>WILLIAM WALTER PLISE, an Individual; 5550 LAS VEGAS, LLC, a Nevada Limited Liability Company; JOHNS & DURRANT, LLP, a Nevada Limited Liability Partnership; DOE individuals 1-10; and ROE corporations 1-10,<br><br>Defendants. | Adv. Proc. No. 14-01073-LBR |

## ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT

Upon consideration of the *Stipulation to Extend Deadline to Answer Complaint* (the "Stipulation") entered into between Defendant Johns & Durrant, LLP, by and through its counsel, Ghandi Deeter Law Offices, and Plaintiff Shelley D. Krohn, Chapter 7 Trustee, by and through her counsel, Nelson & Houmand, P.C., on June 18, 2014:

3

IT IS HEREBY ORDERED that the deadline for Defendant Johns & Durrant, LLP to file its Answer to the Adversary Complaint shall be July 11, 2014.

**IT IS SO ORDERED.**

RESPECTFULLY SUBMITTED BY:

**GHANDI DEETER LAW OFFICES**

By: /s/ Nedda Ghandi, Esq.
Nedda Ghandi, Esq.
Nevada Bar No. 11137
601 S. 6th Street
Las Vegas, NV 89101
Attorneys for Johns & Durrant, LLP

REVIEWED AND APPROVED BY:

**NELSON & HOUMAND, P.C.**

By: /s/ Jacob L. Houmand, Esq.
Victoria L. Nelson, Esq.
Jacob L. Houmand, Esq.
3900 Paradise Road, Suite U
Las Vegas, NV 89169
Attorneys for Plaintiff

4