_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
June 23, 2014

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No BK-S-12-14724-LBR<br>Chapter 7 |
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>WILLIAM WALTER PLISE, an Individual; 5550 LAS VEGAS, LLC, a Nevada Limited Liability Company; JOHNS & DURRANT, LLP, a Nevada Limited Liability Partnership; DOE individuals 1-10; and ROE corporations 1-10,<br><br>Defendants. | Adv. Proc. No. 14-01073-LBR |

**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT**

Upon consideration of the *Stipulation to Extend Deadline to Answer Complaint* (the "Stipulation") entered into between Defendant Johns & Durrant, LLP, by and through its counsel, Ghandi Deeter Law Offices, and Plaintiff Shelley D. Krohn, Chapter 7 Trustee, by and through her counsel, Nelson & Houmand, P.C., on June 18, 2014:

1

IT IS HEREBY ORDERED that the deadline for Defendant Johns & Durrant, LLP to file its Answer to the Adversary Complaint shall be July 11, 2014.

**IT IS SO ORDERED.**

| RESPECTFULLY SUBMITTED BY: | REVIEWED AND APPROVED BY: |
|---|---|
| **GHANDI DEETER LAW OFFICES** | **NELSON & HOUMAND, P.C.** |
| By: /s/ Nedda Ghandi, Esq.<br>Nedda Ghandi, Esq.<br>Nevada Bar No. 11137<br>601 S. 6th Street<br>Las Vegas, NV 89101<br>Attorneys for Johns & Durrant, LLP | By: /s/ Jacob L. Houmand, Esq.<br>Victoria L. Nelson, Esq.<br>Jacob L. Houmand, Esq.<br>3900 Paradise Road, Suite U<br>Las Vegas, NV 89169<br>Attorneys for Plaintiff |