Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
NELSON & HOUMAND, P.C.
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: September 8, 2014*

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No.  BK-S-12-14724-LBR<br>Chapter   7 |
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>WILLIAM WALTER PLISE, an Individual; 5550 LAS VEGAS, LLC, a Nevada Limited Liability Company; JOHNS & DURRANT, LLP, a Nevada Limited Liability Partnership; DOE individuals 1-10; and ROE corporations 1-10,<br>Defendants. | Adv. No. BK-S-14-01073-LBR<br><br>**STIPULATION TO SCHEDULING CONFERENCE**<br><br>Original Hearing Date<br><br>Date of Hearing:   September 10, 2014<br>Time of Hearing:   10:00 a.m.<br>Place: Courtroom No. 5, Second Floor<br>       Foley Federal Building<br>       300 Las Vegas Blvd., S.<br>       Las Vegas, NV 89101<br><br>Continued Hearing Date<br><br>Date of Hearing:   October 29, 2014<br>Time of Hearing:   10:30 a.m.<br>Place: Courtroom No. 5, Second Floor<br>       Foley Federal Building<br>       300 Las Vegas Blvd., S.<br>       Las Vegas, NV 89101<br><br>Judge: Honorable Linda B. Riegle |

Shelley D. Krohn, the Chapter 7 Trustee in the above-referenced bankruptcy case and the Plaintiff in the above-captioned adversary proceeding, (alternatively, the "Trustee" or "Plaintiff")

by and through her counsel, Victoria L. Nelson, Esq. and Jacob L. Houmand, Esq., of the law firm of Nelson & Houmand, P.C., and Johns and Durrant, LLP ("J&D"), by and through its counsel Nedda Ghandi, Esq. of the law firm of Ghandi Deeter (Plaintiff and J&D shall be collectively referred to as the "Parties"), hereby stipulate and agree as follows:

## I.  RECITALS

1. On April 23, 2012, William Walter Plise (the "Debtor") filed a Petition under Chapter 7 of the United States Bankruptcy Code [Main Bankruptcy Docket No. 1].

2. On April 23, 2012, Plaintiff was appointed as the Chapter 7 Trustee in this matter [Main Bankruptcy Docket No. 3].

3. On April 22, 2014, Plaintiff filed a complaint against J&D alleging the following claims for relief: (1) alter ego, (2) avoidance of preferential transfer pursuant to 11 U.S.C. § 547(b); (3) avoidance of fraudulent transfer pursuant to 11 U.S.C. § 544; (4) avoidance of fraudulent transfers pursuant to 11 U.S.C. § 548; (5) recovery fraudulent transfers pursuant to 11 U.S.C. § 550; and (6) turnover of estate property pursuant to 11 U.S.C. § 542 (the "Complaint") [Adversary Proceeding Docket No. 1].

4. There is a Scheduling Conference in the above-captioned adversary proceeding scheduled for September 10, 2014, at 10:00 a.m.

5. The Parties have agreed to settle the adversary proceeding.

6. The Parties now seek to continue the Scheduling Conference from September 10, 2014 at 10:00 a.m. to October 29, 2014, at 2:30 p.m. to provide the Parties additional time to finalize the terms of the Settlement Agreement and file a Motion to Approve Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019.

. . .

. . .

. . .

. . .

. . .

. . .

## II. STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that the Scheduling Conference shall be continued from September 10, 2014 at 10:00 a.m. to October 29, 2014 at 10:30 a.m.

Dated this 8th day of September, 2014      Dated this 8th day of September, 2014

/s/ Jacob L. Houmand                      /s/ Nedda Ghandi

| | |
|---|---|
| Victoria L. Nelson, Esq. (NV Bar No. 5436) | Nedda Ghandi, Esq. |
| Jacob L. Houmand, Esq. (NV Bar No. 12781) | Ghandi Deeter Law Offices |
| Nelson & Houmand, P.C. | 601 South Sixth Street |
| 3900 Paradise Road; Suite U | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89169-0903 | *Attorney for Johns & Durrant, LLP* |
| *Attorneys for Shelley D. Krohn,* | |
| *Chapter 7 Trustee* | |

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Nelson & Houmand, P.C., and that on the 8th day of September, 2014, I caused to be served a true and correct copy of STIPULATION TO SCHEDULING CONFERENCE in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

NEDDA GHANDI on behalf of Defendant JOHNS & DURRANT, LLP
bankruptcy@ghandilaw.com

SHELLEY D. KROHN
shelley.trusteekrohn@7trustee.net, NV27@ecfcbis.com;becca.trusteekrohn@7trustee.net

VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, to the parties listed below, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Carol Efer
An employee of Nelson & Houmand, P.C.

- 4 -